## SECOND DEPARTMENT, SEPTEMBER TERM, 1892.

Ophelia J. Cuthbert, Respondent, v. Cordelia D. Chauvet and others, Appellants. — Affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York ex rel. A. D. Baird and others v. G. Cochran Browne and others, Members of the Board of Supervisors of the County of Kings.—Order affirmed,

with ten dollars costs and disbursements. Opinion by Dykman, J.

In the Matter of the Petition of the Trustees of the New York and Brooklyn Bridge, Respondent, v. William Irving Clark and others. Appellants. — Judgment reversed, with costs. Opinion by Barnard, P. J.

## FIFTH DEPARTMENT, OCTOBER TERM, 1892.

In the Matter of the Probate of the Last Will and Testament of John McCarthy, Deceased. — Decree of the surrogate of Ontario county appealed from affirmed, with costs to both parties, payable out of the estate. Opinion by Lewis, J.

Charles R. Maltby and another, Respondents, v. Amanda M. Pickett, as Administratrix, etc., of Benjamin Pickett, Deceased. — Judgment of the County Court of Steuben county appealed from affirmed, with costs.

Hannah Clark, Appellant, v. George H. Bradley, Executor, etc., Respondent. — Order appealed from reversed, with costs. Opinion by Dwight, P. J.

William Wolfe, Appellant, v. Christine Benedict, Respondent. — Judgment of the County Court of Niagara county affirmed, with costs. Opinion by Lewis, J.

Chauncey Whitcher, Appellant, v. Holland Water-Works Company, Respondent. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Henry Nicolas, Respondent, v. John E. McIntire and another, Appellants. — Judgment of County Court of Erie county appealed from affirmed, with costs. Opinion by Lewis, J.

Manley T. Sayles, Respondent, v. Charles F. Hoeltzel, Appellant. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Edward Pettingill, Respondent, v. The Town of Olean, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

Carrie Oughterson, Respondent, v. David Clark, Appellant.—Judgment appealed from affirmed. Opinion by Macomber, J.

The Cleveland Seed Company, Appellant, v. Sarah A. Harris and another, Respondents. — Judgment appealed from affirmed, with costs.

The People of the State of New York, Respondent, v. Columbus Wiley, Appellant. — Judgment and conviction appealed from affirmed, and the case remitted to the Court of Sessions of Cattaraugus county to proceed thereon. Opinion by Dwight, P. J.

The People of the State of New York, Respondent, v. Michael Blute, Appellant. — Judgment and conviction appealed from reversed and a new trial granted and the case remitted to the Court of Sessions of Steuben county to proceed therein. Opinion by Macomber, J.

The People of the State of New York, Respondent, v. Anthony Cole, Appellant. — Judgment of conviction and order denying motion for a new trial appealed from affirmed and the case remitted to the Court of Sessions of Monroe county to proceed therein. Opinion by Lewis, J.

The People of the State of New York ex rel. William Carter, Supervisor of the Town of Avon, and others, v. James L. Williams and others. — Certiorari dismissed and the determination of the State Board of Assessors confirmed, with costs to the defendants. Opinion by Macomber, J.

Rosabel Langworthy, Respondent, v. Village of Olean, Appellant. — Judgment and order appealed from affirmed.

Max Miller, Respondent, v. Harry S. Brooks and others, Appellants.

Max Miller, Respondent, v. Harry S. Brooks and others, Appellants. — Order in each case appealed from affirmed, with ten dollars costs and disbursements of one case. Opinion by Macomber, J.

In the Matter of the Application of the City of Rochester to Acquire Lands for Park Purposes, Respondent, v. William H. Robinson, Appellant. — Order appealed from affirmed, with costs. Opinion by Lewis, J.

Sophia Foels, as Administratrix, Respondent, v. Town of Tonawanda, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

In the Matter of the Final Judicial Settlement of the Accounts of Bernard McGorray, as Sole Executor of the Last Will and Testament of John A. McGorray, Deceased. — Order of surrogate of Monroe county appealed from reversed and the case remitted to that court to open the final decree, with costs of this appeal to abide the final award of costs. Opinion by Macomber, J.

Frank Harley, Respondent, v. Buffalo Car Manufacturing Company, Appellant. — Judgment appealed from affirmed. Opinion Per Curiam left with Macomber. J.

C. Henry Amsden and another, Plaintiffs, v. Charles R. Smith, Defendant. — Motion for a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Frank Ellicott, Respondent, v. Eva L. Ellicott, Appellant.— Judgment appealed from affirmed.

In the Matter of the Judicial Settlement of the Accounts of Jane A. McDougall, Deceased, and Shirley E. Brown, as Administrators, etc., of John McDougall, Deceased, Executor of the Last Will of Dan. E. Spooner, Deceased. — Decree of the surrogate of Steuben county affirmed, with costs to the respondent Cornelia Spooner, payable out of the estate.

Louis Knell and others, Respondents, v. William Stephan and another, Appellants. — Judgment appealed from affirmed, with costs. Opinion by Dwight, P. J.

Jessie Haussauer, Appellant, v. George D. Terry, Respondent.

Jessie Haussauer, Appellant, v. Edward T. Young, Respondent. — Judgment appealed from affirmed, with costs. Opinion by Macomber, J.

John Preston, Appellant, v. Henry Smallwood, Respondent. — Judgment of the County Court of Chautauqua county appealed from affirmed, with costs. Opinion by Lewis, J.

John Smith, Respondent, v. Margaret Watson, Appellant. — Judgment of the County Court of Chautauqua county appealed from affirmed, with costs.

Kenneth B. McEwen, Appellant, v. Daniel Butts and another, Respondents. — Judgment appealed from affirmed, with costs. Opinion by Lewis. J.

Nelson Beardsley, Appellant, v. Arthur M. Gaylord and another, Respondents. — Judgment